AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Aby Raul Rivera Torres<br><br>*Defendant(s)* | Case No. 8:21MJ2126SPF |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 20 2021 to Nov. 13, 2021__ in the county of __Hernando__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Goodhue, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone.

Date: 11/13/2021

_____
Judge's signature

City and state:  Tampa, Florida

SEAN P. FLYNN, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael R. Goodhue, being sworn to tell the truth, state as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September 2008. I am presently assigned to the Tampa Division's Child Exploitation and Human Trafficking Task Force. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child sex trafficking, child pornography and the sexual exploitation of children, among other violations of federal law.

2.  From March 2009 to the present, I have worked crimes against children violations in various capacities in the Philadelphia Division, FBI Headquarters Violent Crimes Against Children Unit, and the Miami Division. I have participated in investigations of persons suspected of violating federal child pornography and child sex trafficking laws, including 18 U.S.C. §§ 2251, 2252, 2422, and 1591. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also received and provided training on crimes against children matters at various conferences and venues.

1

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Aby Raul Rivera Torres ("**TORRES**"), who resides at 2282 Opal Lane, Spring Hill, FL 34608 ("**TARGET RESIDENCE**"). This affidavit sets forth facts sufficient to establish probable cause to believe that **TORRES** has committed the violations of 18 U.S.C. §§ 2251 (production of child pornography).

4. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law-enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law-enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **TORRES**, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE

5. On or about July 26, 2021, the FBI Oklahoma City Division, Tulsa Resident Agency (Tulsa RA) arrested and charged an individual ("Defendant 1") with child pornography related charges in the Northern District of Oklahoma. During a post-*Miranda* interview, Defendant 1 provided consent allowing agents to access his Kik account. An FBI Knoxville Online Covert Employee ("OCE") later accessed the Defendant 1's Kik account and observed membership to an administrator-only private Kik group with a title indicative of incestual child sexual abuse. There were several listed members of this group, to include the Kik account "Rainchexes".

2

6. Based on my training and experience, administrators of Kik groups who are involved in the trading of produced child sexual abuse material ("CSAM"), will often create private or separate group chats within Kik to communicate with each other to verify prospective members through a vetting process and to ensure they have genuine access to a child for the purpose of producing and sharing CSAM with the other members.

7. On or about October 27, 2021, FBI Tulsa RA obtained a search warrant in the Northern District of Oklahoma for multiple Kik accounts who were members of the aforementioned private Kik group, including the Kik account "Rainchexes".

8. On or about November 1, 2021, FBI Tulsa RA and FBI Atlanta reviewed the search warrant return received from Kik, which included a voluminous amount of data and information, and began identifying suspected producers and traders of CSAM on the Kik platform.

9. On or about November 12, 2021, I received information from the FBI Tulsa RA, they located CSAM images on the search warrant return of the account "Rainchexes", which were posted to a Kik group by the Kik account "puchot" and a display name of "Pucho Torres" and received by "Rainchexes". Several of the images described below were posted while using the Kik live "camera" function, which typically indicates the image was produced live, on that date, using the Kik application as the camera, instead of an image posted from a gallery of previously taken images. Based on my training and experience, offenders who utilize Kik for the purpose of producing CSAM images will use the Kik live "camera" function to gain credibility

and bona fides when trying to obtain membership into private Kik groups associated with CSAM production and distribution. A detail of the images posted are listed below:

    a. On or about July 20, 2021, Kik account "puchot" posted a series of five images of what appear to be a light skinned female child, approximately 8 to 12 years old from the waist down wearing floral print shorts. The child is lying in bed with pink colored sheets with a unicorn and rainbow print. There is also a heart shaped, green colored pillow in the background. The last image in the series is the same child with her buttocks exposed and an adult male's hand is present and manipulated the buttocks to expose her anus.

    b. On or about July 22, 2021, Kik account "puchot" posted a series of six images of what appear to be the same child and the same sheets described above. However, the child is now wearing a green colored shirt and green colored shorts with a heart and dolls printed on them. Two of the images in this series depict an adult male's hand pulling the green colored shorts to the side and exposing the anus and vaginal area of the child.

    c. On or about August 2, 2021, Kik account "puchot" posted a single image of what appears to be an adult male's penis exposed through tan colored shorts penetrating the vaginal area of the same child, with the buttocks exposed and facing the camera.

10. On or about November 9, 2021, FBI Tulsa RA obtained an emergency disclosure request response from Kik for the subscriber information associated with the Kik account "puchot". The name on the account was registered as Pucho Torres, with an email address of pucho.torres@yahoo.com.

11. Kik also provided records of several IP address logs between on or about October 10, 2021 and on or about November 9, 2021. An analysis of the IP logs indicated the user is accessing the internet through a mobile internet service, most commonly used through a cellular device, and residential based Wi-Fi connections.

12. On or about November 11, 2021, FBI Tulsa RA submitted an emergency disclosure to Charter Communications, who verbally provided subscriber information for the IP address 173.170.54.57, which was used to access the "puchot" Kik account as recently as November 7, 2021 at 20:21:13 UTC. The subscriber for the Charter Communications account is listed as C.E. and is registered at the **TARGET RESIDENCE**. It should be noted, during the 30-day period of IP logs provided by Kik, the Wi-Fi at the **TARGET RESIDENCE** was utilized to access the Kik account "Puchot" on 15 separate days.

13. I searched a law enforcement database and located a police report with the Hernando County Sheriff's Office, dated July 15, 2020. The report described that N.A. had been walking a dog when it separated from the leash and attacked another dog. N.A. provided her address as the **TARGET RESIDENCE** and indicated the actual dog owner was C.E., who was her ex-boyfriend who lives in Tampa, Florida. A search of the Florida Driver and Vehicle Identification Database (DAVID) revealed C.E. has a current address listed in Tampa, Florida, with a recent driver's license renewal at that address in May of 2021.

14. During a search of social media for C.E., I identified a Facebook account of a C.E. from Tampa, Florida, who posted an image on or about March 24, 2020, of a young girl approximately 6 to 10 years old standing next to an older boy and C.E. commented "..yes those are two of my kids". Further analysis revealed an older Facebook account for C.E. that had an image posted on January 11, 2018 that appears

5

to be the same two children, but younger and sitting in car seats. Also in the photo is a heart shaped, green pillow which appears to match the same pillow in paragraph 9 describing the CSAM images.

15. During a search of social media accounts affiliated with **TORRES**, I found a YouTube posting dated May 8, 2021 for "Aby Raul Rivera Torres HCV" and depicts a skydiving jump at a Skydiving center located in Zephyrhills, Pasco County, Florida. (https://www.youtube.com/watch?v=2A3-DgvoxS8). In the beginning of the video, a female who appeared to be N.A. can be observed. During the video, the female believed to be N.A. says, "happy anniversary honey." Based on my investigation, it appears N.A., and **TORRES** are in a relationship and N.A. may be the mother and/or stepmother of the possible child victim. Additionally, a tattoo on **TORRES'** left forearm is partially visible and appears to have similar coloring and location to a tattoo visible in one of the CSAM images identified and noted in paragraph 9.

16. On or about November 11, 2021, FBI Tulsa RA submitted an emergency disclosure request to Verizon Wireless for the IP address 174.211.169.250 used to access the "puchot" Kik on or about October 21, 2021 at 10:42:24 UTC, port number 1528 and 174.211.163.25 on or about October 20, 2021 at 4:02:24 UTC, port number 2954. The listed subscribers were Ady Rivera, 4016 Bismarck Palm Dr, Tampa, Florida, mobile telephone number 832-570-3410, and also listed on this account is Abyraul Rivera Torres (**TORRES**).

17. On or about November 12, 2021, FBI Tulsa RA submitted an emergency disclosure request to Verizon Wireless for periodic location updates of **TORRES'** mobile telephone number 832-570-3410. A response from Verizon Wireless revealed the cellular device was within the radius of certainty of the **TARGET RESIDENCE**.

18. On or about November 12, 2021, I conducted surveillance at the **TARGET RESIDENCE**. No vehicles were observed in the driveway.

19. A criminal history search of **TORRES** revealed an arrest on or about July 17, 2020 by Texas City Police Department for the Aggravated Sexual Assault of a Child, and additional charges by the Galveston Texas Police Department for Possession of Child Pornography related offenses on December 16, 2020. An open-source search of the criminal cases revealed a bond of approximately $150,000 was posted and it appears **TORRES** was released from custody on or about August 10, 2020. There are no pending wants or warrants in the NCIC system for **TORRES**.

20. DAVID record indicate **TORRES** has an expired Florida driver's license and has not updated his registration since June of 2014. FBI Tulsa RA obtained a Texas Driver's License, which indicated **TORRES** has an active driver's license which does not expire until May 2025.

21. On or about November 13, 2021, the FBI executed a search warrant at the **TARGET RESIDENCE**. Members of FBI Tampa identified **TORRES** outside of the **TARGET RESIDENCE**, which is in Hernando County. **TORRES** was with three children under the age of 13. Supervisory Special Agent John Sermons was on

surveillance and approached **TORRES**, explained to him he would be detained upon waiting for a pending search warrant for the **TARGET RESIDENCE**. Shortly thereafter, I received approval for the search warrant for the **TARGET RESIDENCE**, **TORRES's** cellphone and person via telephone from the Honorable Sean P. Flynn.

22. Agent Sermons took a picture of the tattoo on the left forearm of **TORRES** and sent it to me for review and comparison to the images of CSAM obtained from FBI Tulsa. I compared the image received from FBI Tulsa, which is the same young light skinned female, approximately 8 to 12 with her buttocks exposed and an adult male's hand present and manipulated the buttocks to expose her anus. On the adult's male's left hand is a tattoo with a unique design and red faded coloring. Based on my review, the tattoo on **TORRES'** left forearm is the same tattoo that is visible during the production of CSAM image previously described in paragraph 9.

23. After the search team received confirmation from me that the search warrant was approved, Agent Yvette Barry made entry to the **TARGET RESIDENCE** to allow the eight-year-old victim to use the restroom and to see where the victim's bedroom was located. Agent Barry took a picture of the bed and bedsheets of the victim's bed and sent them to me for review and comparison to the images of CSAM obtained from FBI Tulsa. Based on my review, this same bed and bedsheets were utilized to produce images of CSAM of the 8-year-old minor victim.

8

## CONCLUSION

24. Based on the foregoing, there is probable cause to believe that **TORRES** committed violations of 18 U.S.C. § 2251 (production of child pornography) and I respectfully request this Court issue an arrest warrant for Aby Raul Rivera Torres.

_____
Michael R. Goodhue, Special Agent
Federal Bureau of Investigation

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone this 13th day of November, 2021.

_____
SEAN P. FLYNN
United States Magistrate Judge