# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                         Case No: 8:21-CR-397-MSS-JSS

**ABY RAUL RIVERA TORRES**

_____/

## WAIVER OF THE DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, Mr. ABY RAUL RIVERA TORRES, the above-named Defendant, waive my right to be present at Arraignment, and enter this Written Plea of Not Guilty to the charges set out in the Indictment (Doc. 15) filed in this case.

I also state that I have received a copy of the Indictment (Doc. 15).

_Adam J. Nate_                                  _[signature]_

Adam J. Nate                                      Aby Raul Rivera Torres
Counsel for Defendant                         Defendant

Date: 12-22-21

## REQUEST FOR DISCOVERY

The Defendant, Mr. Aby Raul Rivera Torres, by and through his undersigned counsel, Mr. Adam J. Nate, gives notice that he requests Discovery provided by Rule 16, Federal Rules of Criminal Procedure.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

/s/ *Adam J. Nate*

Adam J. Nate, Esq.
Florida Bar No.0077004
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida  33602
Telephone:  (813) 228-2715
Facsimile:  (813) 228-2562
E-mail:     Adam_Nate@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2022, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to the following:

Ms. Lisa M. Thelwell, Assistant United States Attorney

/s/ *Adam J. Nate*

Adam J. Nate, Esq.
Assistant Federal Defender

## CONSENT TO WAIVER OF THE DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea, and direct that the Plea of Not Guilty be received for filing. The matter of Discovery will be addressed by separate order.

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE